**Anthony Lee McNAIR, Plaintiff–Appellant,**

v.

**Robert A. EVAN, Defendant–Appellee.**

No. 12–1873.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 15, 2012.

Anthony Lee McNair, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee McNair appeals the district court's order dismissing his civil action without prejudice as frivolous and as barred by the terms of a pre-filing injunction.* We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *McNair v. Evan,* No. 4:12–cv–00069–FL, 2012 WL 2579338 (E.D.N.C. July 4 & 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Generally, orders dismissing complaints without prejudice are interlocutory and not appealable. *Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993) (holding that an order dismissing a complaint without prejudice is a final, appealable order only if "no amendment [to the complaint] could cure the defects in the ... case" (internal quotation marks omitted)). However, orders dismissing actions or cases without prejudice are appealable. *Chao v.*

*Rivendell Woods, Inc.,* 415 F.3d 342, 345 (4th Cir.2005). Where a district court's dismissal is without prejudice, we evaluate the particular grounds for dismissal to determine whether the appellant could save his action by amending the complaint. *Id.* We find that the district court's order is an appealable order because the defects in McNair's proposed complaint must be cured by something other than an amendment.